**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FRANCISCO DELGADO GARCIA,

    Petitioner,

v.                                                 Case No: 6:26-cv-181-GAP-DCI

LOUIS A. QUINONES, JR.,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE) and
DEPARTMENT HOMELAND
SECURITY,

    Respondents

---

**ORDER**

One January 24, 2026, counsel for Francisco Delgado Garcia (Garcia) filed an Emergency Petition for Writ of Habeas Corpus (Doc. 1).[1] On January 26, 2026, the Court concluded that Petitioner's immigration detention was likely unlawful and entered a Temporary Restraining Order at 3:22 p.m. prohibiting Respondents from transferring Garcia out of the Orange County Jail until further order of the Court (Doc. 6). Five minutes later, Garcia's counsel notified the Court that ICE transferred Garcia to an unknown ICE detention facility (Doc. 7).

---

[1] The petition was amended on January 26, 2026, to certify counsel's effort to notify respondents (Doc. 5).

With respect to the Petition for Writ of Habeas Corpus pending before me, the Court finds that:

(1) Garcia is in custody under or by color of the authority of the United States, *i.e.*, Immigration and Customs Enforcement (ICE); and

(2) As noted in the Court's Temporary Restraining Order, Garcia's detention is likely unlawful.

Therefore, it is

**ORDERED** that the United States Government by its Agent ICE shall show cause in writing by noon on February 4, 2026, why the Writ should not be granted. In its response, the Government must specify the legal basis for Garcia's detention; specifically, why his detention is not governed by 8 U.S.C. § 1226. *See, e.g., Rivero v. Sheriff John Mina,* No. 6:26-cv-66-RDB-NWH (M.D. Fla. Jan. 26, 2026) (Doc. 15, p. 10) ("[T]his Court joins the many, many others to conclude that mandatory detention under § 1225 does not apply to noncitizens who are already present in this country . . . So the Government's detention of Gimenez Rivero under § 1225 is unlawful, and he is entitled to habeas relief.") (citations omitted).

Furthermore, take notice that a hearing on this matter is scheduled for 1 p.m. on February 9, 2026, before the undersigned.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 27, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party