**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FRANCISCO DELGADO GARCIA,

    Petitioner,

v.                                              Case No:   6:26-cv-181-GAP-DCI

LOUIS A. QUINONES, JR.,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE) and
DEPARTMENT HOMELAND
SECURITY,

    Respondents

**ORDER**

This cause came before the Court on Petitioner's Emergency Motion to Order Return of Petitioner to the Middle District of Florida. Doc. 11.

Upon consideration of the Motion, it is **ORDERED** that the Motion is **GRANTED in part** as follows:

1. the United States Government through its Agents, the Department of Homeland Security ("DHS") and Immigration & Customs Enforcement ("ICE"), is hereby **ORDERED** to disclose in writing Petitioner's current confinement location and the person in charge of that facility by **4:00 P.M. on January 29, 2026**.

**TAKE NOTICE** that the Court will issue a Writ of Habeas Corpus Testificandum by separate order requiring the custodian to bring Petitioner to the hearing scheduled for **1:00 P.M on February 9, 2026** in this matter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 28, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

USAFLM.Orlando2241@usdoj.gov.

Office of the United States Attorney
400 W. Washington Street
Suite 3100
Orlando, Florida 32801

Immigration & Customs Enforcement (ICE) (attn to the Assistant Field Office Directors) at MIAAOR-Habeas-DG@ice.dhs.gov.