UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCISCO DELGADO GARCIA,

    Petitioner,

    v.                                       Case No.:  6:26-cv-181-GAP-DCI

LOUIS A. QUINONES, JR.,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE), and
DEPARTMENT HOMELAND
SECURITY,

    Respondents.
_____/

## ORDER

This cause came before the Court on Respondents' Response to Petitioner's Emergency Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction and Petition for Habeas Corpus. Doc. 17.

Respondents concede in their Response that Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 3. However, Respondents contend that the TRO is preventing them from conducting Petitioner's bond hearing. *See id.* at 3.

- 2 -

Accordingly, it is **ORDERED** that the Court's Temporary Restraining Order (Doc. 6) is hereby **AMENDED** to permit Respondents to **temporarily** move Petitioner from the Orange County Jail **for the explicitly limited purpose of conducting the bond hearing he is entitled to under 8 U.S.C. § 1226(a)**.

The Court will address the remainder of the Petition at the hearing on February 9, 2026.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 4, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party