UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCISCO DELGADO GARCIA,

    Plaintiff,

v.                                         Case No.: 6:26-cv-00181-GAP-DCI

LOUIS A. QUINONESJR.,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE),
DEPARTMENT HOMELAND
SECURITY,

    Defendants,
_____/

## ORDER

This matter comes before the Court *sua sponte* to supplement its previous Order directing Respondents to immediately release Petitioner Francisco Delgado Garcia ("Petitioner"). Doc. 25.

Notwithstanding their representations to the contrary, Respondents are not providing bond hearings to persons who are detained pursuant to 8 U.S.C. § 1226(a). *See Nahadian Fard v. Bondi et al*, No. 6:26-cv-157-GAP-DCI, Doc. 23 (M.D. Fla. Feb. 13, 2026).

Until the Court is satisfied that detainees like Petitioner will be afforded the legitimate bond hearings that they are entitled to under § 1226(a), it is hereby **ORDERED** that:

1. Respondents and all other persons or entities acting in active concert or participation with them are **PERMANENTLY RESTRAINED AND ENJOINED** from detaining Petitioner under **8 U.S.C. §§ 1225 OR 1226 UNTIL FURTHER ORDER OF THE COURT**.

2. Since Petitioner has been held unlawfully for a considerable period of time, Respondents are **TEMPORARILY RESTRAINED AND ENJOINED** from re-arresting Petitioner **UNTIL FURTHER ORDER OF THE COURT.**

3. All unaffected directives from the Court's previous Order (Doc. 25) remain in effect.

Further, Respondents are **ORDERED** to **IMMEDIATELY** return all of Petitioner's documentation and any other property confiscated pursuant to his detention to Petitioner's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 13, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director at OPLAORLFEDLIT@ice.dhs.gov,

Office of the United States Attorney
400 West Washington Street, Suite 3100
Orlando, FL 32801
By email USAFLM.Orlando2241@usdoj.gov

Orange County Jail/Warden's Office by email michele.carpentiere@ocfl.net

Orange County Sheriff's Office – Legal Services by emails irmpickupdesk@ocfl.net, so-as-legalservices@ocsofl.com and OCCDRecords@ocfl.net

Kristi Noem, Secretary
Office of the General Counsel
United States Department of Homeland Security
2707 Martin Luther King, Jr. Ave, SE
Washington, DC 20528

Garrett Ripa, Miami Field Office Director
United States Immigration and Customs Enforcement
865 SW 78th Avenue, Suite 101
Plantation, FL 33324

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Marshals at usms-mfl-orl@usdoj.gov.